B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Trooien, Gerald | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Gerald Lee Trooien; AKA Jerry Trooien | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-5323 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>965 Summit Ave<br>Saint Paul, MN<br>ZIP Code 55105 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Ramsey | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>10 River Park Plaza, Ste 800<br>Saint Paul, MN<br>ZIP Code 55107 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     \*\*\* James L. Baillie 3980 \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Trooien, Gerald

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Trooien, Gerald |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Gerald Trooien
Signature of Debtor  Gerald Trooien

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 25, 2010
Date

### Signature of Attorney*

**X** /s/ James L. Baillie
Signature of Attorney for Debtor(s)

James L. Baillie 3980
Printed Name of Attorney for Debtor(s)

Fredrikson & Byron, P.A.
Firm Name

200 South Sixth St
Suite 4000
Minneapolis, MN 55402
Address

612.492.7000  Fax: 612.492.7077
Telephone Number

October 25, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
**District of Minnesota**

In re    Gerald Trooien                          Case No.        
                                                      Debtor(s)       Chapter    11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Gerald Trooien
Gerald Trooien

Date: October 25, 2010

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re: **Gerald Trooien**, Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dougherty Funding, LLC<br>90 S Seventh St, Ste 4300<br>Minneapolis, MN 55402 | Scott Zibley<br>Dougherty Funding, LLC<br>90 S Seventh St, Ste 4300<br>Minneapolis, MN 55402<br>612-317-2042 | Personal guaranty of business debt * | Contingent<br>Unliquidated | 58,146,712.00 |
| Bank of America<br>C-III Asset Management LLC<br>5221 No. O'Connor Blvd Ste 600<br>Irving, TX 75039 | Russell J. Tuman<br>Bank of America<br>5221 No. O'Connor Blvd Ste 600<br>Irving, TX 75039<br>972-868-5462 | Personal guaranty of business debt * | Contingent<br>Unliquidated | 44,228,413.00 |
| PNC Bank, NA<br>1900 E Ninth St<br>B7-YB13-22-1<br>Cleveland, OH 44114 | Jason Phillips<br>PNC Bank, NA<br>1900 E Ninth St<br>Cleveland, OH 44114<br>216-222-6025 | Personal guaranty of business debt * | Contingent<br>Unliquidated | 34,474,886.00 |
| Wells Fargo Bank<br>201 S College St<br>Charlotte, NC 28244 | Doug Ratcliff<br>Wells Fargo Bank<br>201 S College St<br>Charlotte, NC 28244<br>1-800-326-1334 | Personal guarantee of business debt * | Contingent<br>Unliquidated | 32,640,991.00 |
| BofA Leasing & Capital, LLC<br>One Financial Plaza<br>Fifth Floor<br>Providence, RI 02903 | Director of Aircraft Operation<br>BofA Leasing & Capital, LLC<br>One Financial Plaza<br>Providence, RI 02903<br>800-238-3737 | Judgment entered, partially paid | Contingent<br>Unliquidated | 23,572,268.00 |
| Bank of America<br>135 S LaSalle St<br>Ste 825<br>Chicago, IL 60603 | Gretchen Hart<br>Bank of America<br>135 S LaSalle St, Ste 825<br>Chicago, IL 60603<br>312-904-0144 | Personal guaranty of business debt * | Contingent<br>Unliquidated | 18,311,835.00 |
| PNC Bank<br>249 Fifth Ave<br>Mail Stop P1-POPP-81-1<br>Pittsburgh, PA 15222 | Robert Dougherty<br>PNC Bank<br>249 Fifth Ave<br>Pittsburgh, PA 15222<br>412-768-1818 | Personal guaranty of business debt ** | Contingent<br>Unliquidated | 14,152,045.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Gerald Trooien
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GECPAC Investment II, Inc.<br>44 Old Ridgbury Rd<br>Danbury, CT 06810 | Paul Cummings<br>GE Capital<br>10 Riverview Dr<br>Danbury, CT 06810<br>203-749-6563 | Judgment entered | Unliquidated | 13,139,252.74 |
| Wells Fargo Equipment Finance<br>1339 Chestnut St, 10th Floor<br>Mail Code Y1378-100<br>Philadelphia, PA 19107 | Joseph Letts<br>Wells Fargo Equipment Finance<br>1339 Chestnut St, 10th Floor<br>Philadelphia, PA 19107<br>267-321-6134 | Personal guarantee of business debt ** | Contingent<br>Unliquidated | 7,523,854.00 |
| General Electric Capital Corp<br>44 Old Ridgebury Rd<br>Danbury, CT 06810 | Paul Cummings<br>GE Capital<br>10 Riverview Dr<br>Danbury, CT 06810<br>203-749-6563 | Judgment entered | Contingent<br>Unliquidated | 4,769,850.02 |
| Associated Bank NA<br>100 W Wisconsin Ave<br>Neenah, WI 54956 | Jiri Mikl<br>Associated Bank NA<br>401 E Kilbourn Ave<br>Milwaukee, WI 53202<br>414-283-2269 | Judgment entered | | 2,345,600.94 |
| Private Bank Minnesota<br>222 S Ninth St Ste 3800<br>Minneapolis, MN 55402 | David Waldo<br>Private Bank Minnesota<br>222 S Ninth St Ste 3800<br>Minneapolis, MN 55402<br>612-305-4222 | Personal guarantee of business debt * | Contingent<br>Unliquidated | 2,048,735.00 |
| Key Equipment Finance<br>Portfolio Management Group<br>1000 S McCaslin Blvd<br>Louisville, CO 80027 | Deena Miller<br>Key Equipment Finance<br>1000 S McCaslin Blvd<br>Louisville, CO 80027<br>720-304-1499 | Personal guaranty of business debt ** | Contingent<br>Unliquidated | 1,861,672.00 |
| Wells Fargo Equipment Finance<br>1339 Chestnut St, 10th Floor<br>Mail Code Y1378-100<br>Philadelphia, PA 19107 | Joseph Letts<br>Wells Fargo Equipment Finance<br>1339 Chestnut St, 10th Floor<br>Philadelphia, PA 19107<br>267-321-6134 | Personal guaranty of business debt ** | Contingent<br>Unliquidated | 1,476,425.50 |
| First Nat'l Bank of Deerwood<br>PO Box 2905<br>Baxter, MN 56424 | Anthony Loosbrock<br>First Nat'l Bank of Deerwood<br>PO Box 2905<br>Baxter, MN 56424<br>888-909-8946 | Personal guarantee of business debt ** | Contingent<br>Unliquidated | 1,176,517.00 |
| Park Midway Bank<br>2265 Como Ave<br>Saint Paul, MN 55108 | Richard Beeson, Jr.<br>Park Midway Bank<br>2265 Como Ave<br>Saint Paul, MN 55108<br>612-523-7800 | Personal guarantee of business debt * | Contingent<br>Unliquidated | 1,166,177.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Gerald Trooien  Case No.  
           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of the West<br>1450 Treat Blvd<br>Mail Sort NC-TRE-03-H<br>Walnut Creek, CA 94597 | Melvin Arterberry, Jr.<br>Bank of the West<br>1450 Treat Blvd<br>Walnut Creek, CA 94597<br>925-975-3936 | Personal guaranty of business debt ** | Contingent<br>Unliquidated | 930,836.00 |
| Dorsey & Whitney LLP<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402 | George Eck<br>Dorsey & Whitney LLP<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402<br>612-340-2600 | Legal services | | 655,613.19 |
| Crown Bank<br>6600 France Ave S Ste 125<br>Minneapolis, MN 55435 | David Nelson<br>Crown Bank<br>6600 France Ave S Ste 125<br>Minneapolis, MN 55435<br>612-465-0786 | Personal guarantee of business debt | Contingent<br>Unliquidated | 505,000.00 |
| Private Bank Minnesota<br>222 S Ninth St Ste 3800<br>Minneapolis, MN 55402 | David Waldo<br>Private Bank Minnesota<br>222 S Ninth St Ste 3800<br>Minneapolis, MN 55402<br>612-305-4222 | Personal guarantee of business debt | Contingent<br>Unliquidated | 122,559.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gerald Trooien, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 25, 2010  Signature  /s/ Gerald Trooien  
                                   Gerald Trooien  
                                   Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

*Indebtedness is secured by substantial real estate collateral; ultimate guaranty liability will be significantly less than amount listed.

** Indebtedness is secured by substantial aircraft collateral; ultimate guaranty liability will be less than amount listed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

    Gerald Trooien                         **SIGNATURE DECLARATION**

          Debtor(s).

                                        Case No. _____

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: Petition, Exhibit D, List of Creditors Holding 20 Largest Unsecured Claims)

    I [We], the undersigned debtor(s) or authorized representative of the debtor, ***make the following declarations under penalty of perjury:***

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date:  October 25, 2010

X _/s/ signature_____      X _____
    Signature of Debtor or Authorized Representative          Signature of Joint Debtor

  Gerald Trooien_____      _____
    Printed Name of Debtor or Authorized Representative       Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

Bank of America
PO Box 5170
Simi Valley CA 93062


Bank of America, N.A.
135 S LaSalle St, 12th Floor
Chicago IL 60603


First Horizon Home Loans
PO Box 71093
Charlotte NC 28272


Ford Motor Credit
PO Box 94380
Palatine IL 60094


Internal Revenue Service
Special Procedures Branch
389 US Courthouse 316 N Robert
St. Paul MN 55101


MN Department of Revenue
Collection Enforcement
551 Bky Section - PO Box 64447
St. Paul MN 55164


10RPP, LLC
20 River Park Plaza, Ste 800
Saint Paul MN 55107


331 Second Avenue, LLC
10 River Park Plaza Ste 800
Saint Paul MN 55107


American Express
PO Box 0001
Los Angeles CA 90096

American Express
PO Box 981535
El Paso TX 79998


Aspen Waste
2951 Weeks Ave SE
Minneapolis MN 55414


Associated Bank NA
100 W Wisconsin Ave
Neenah WI 54956


AvFuel Corporation
c/o Austin Batalden, Esq.
6681 Country Club Dr
Minneapolis MN 55427


Bank of America
135 S LaSalle St
Ste 825
Chicago IL 60603


Bank of America
C-III Asset Management LLC
5221 No. O'Connor Blvd Ste 600
Irving TX 75039


Bank of the West
1450 Treat Blvd
Mail Sort NC-TRE-03-H
Walnut Creek CA 94597


BofA Leasing & Capital, LLC
One Financial Plaza
Fifth Floor
Providence RI 02903

BP Group, Inc.
c/o Gary Hanson, Esq.
45 S Seventh St, Ste 330
Minneapolis MN 55402


Comcast
10 River Park Plaza
Saint Paul MN 55107


Crow Wing County Assessor
322 Laurel St Ste 11
Brainerd MN 56401


Crown Bank
6600 France Ave S Ste 125
Minneapolis MN 55435


Dicke, Billig & Czaja, PLLC
100 S Fifth St, Ste 2250
Minneapolis MN 55402


Dorsey & Whitney LLP
50 S Sixth St Ste 1500
Minneapolis MN 55402


Dougherty Funding, LLC
90 S Seventh St, Ste 4300
Minneapolis MN 55402


EdinAlarm
6401 Wayzata Blvd
Minneapolis MN 55426


First Nat'l Bank of Deerwood
PO Box 2905
Baxter MN 56424

Fredrikson & Byron PA
200 S 6th St
Ste 4000
Minneapolis MN 55402


GECPAC Investment II, Inc.
44 Old Ridgbury Rd
Danbury CT 06810


General Electric Capital Corp
44 Old Ridgebury Rd
Danbury CT 06810


Green Leaf Outdoor Services
PO Box 171
Pillager MN 56473


Harguth, Sean T.
22149 Gull Lk Dr
Nisswa MN 56468


Hays Companies
NCB-88
PO Box 1414
Minneapolis MN 55480


Key Equipment Finance
Portfolio Management Group
1000 S McCaslin Blvd
Louisville CO 80027


Kloeber, David N., Jr.
c/o 3080 Centerville Rd
Saint Paul MN 55117


Lake Region Bldg Maintenance
10 River Park Plaza Ste 800
Saint Paul MN 55107

Lifetime Fitness
2902 Corporate Pl
Chanhassen MN 55317


Mendakota Country Club
2075 Mendakota Dr
Saint Paul MN 55120


MN Power
PO Box 1001
Duluth MN 55806


Nisswa Sanitation
PO Box 780
Nisswa MN 56468


Northern Freight Brokers, Inc.
22149 Gull Lake Dr
Nisswa MN 56468


Park Midway Bank
2265 Como Ave
Saint Paul MN 55108


People's Security
17330 State Hwy 371
Brainerd MN 56401


PNC Bank
249 Fifth Ave
Mail Stop P1-POPP-81-1
Pittsburgh PA 15222


PNC Bank, NA
1900 E Ninth St
B7-YB13-22-1
Cleveland OH 44114

Private Bank Minnesota
222 S Ninth St Ste 3800
Minneapolis MN 55402

Qwest
PO Box 91154
Seattle WA 98111

Southview Country Club
239 E Mendota Rd
Saint Paul MN 55118

St Paul Pioneer Press
345 Cedar St
Saint Paul MN 55101

St. Croix Hockey
800 Snelling Ave S
Saint Paul MN 55116

St. Paul Water
1900 Rice St
Saint Paul MN 55113

Star Tribune
425 Portland Ave
Minneapolis MN 55488

T-Mobile
PO Box 790047
Saint Louis MO 63179

The Woods Landscaping
PO Box 727
Pequot Lakes MN 56472

Thomas & Associates
34354 Co Rd 3
PO Box 430
Crosslake MN 56442



US Bank
PO Box 790408
Saint Louis MO 63179



US Bank
PO Box 6335
Fargo ND 58125



USANA
3838 W Parkway Blvd
Salt Lake City UT 84120



Verizon
PO Box 25505
Lehigh Valley PA 18002



Visitation
2455 Visitation Dr
Saint Paul MN 55120



Wells Fargo Bank
201 S College St
Charlotte NC 28244



Wells Fargo Equipment Finance
1339 Chestnut St, 10th Floor
Mail Code Y1378-100
Philadelphia PA 19107



Xcel Energy
PO Box 9477
Minneapolis MN 55484

Hays Companies
80 S Eighth St, Ste 700
Minneapolis MN 55402

Aircraft No. 1074 Co., LLC
10 River Park Plz Ste 800
Saint Paul MN 55107

JLT Aircraft Holding Co., LLC
10 River Park Plz Ste 800
Saint Paul MN 55107

JLT Group, Inc.
10 River Park Plz Ste 800
Saint Paul MN 55107

MN Choice Aviation II, LLC
3080 Centerville Rd
Saint Paul MN 55117

Walker Aircraft, LLC
10 River Park Plz Ste 800
Saint Paul MN 55107

Aaron B. Chapin, Esq.
Reed Smith LLP
10 S Wacker Dr, 40th Floor
Chicago IL 60606

Amy J. Swedberg, Esq.
Maslon Edelman Borman & Brand
90 S Seventh St, Ste 3300
Minneapolis MN 55402

Amy Swedberg, Esq.
Maslon Edelman Borman & Brand
90 S Seventh St, Ste 3300
Minneapolis MN 55402

Angela Hanske, Esq.
Borden, Steinbauer, Krueger
305 S Sixth St
Brainerd MN 56401


Daniel C. Beck, Esq.
Winthrop & Weinstine
225 S Sixth St
Minneapolis MN 55402


Edward T. Wahl, Esq.
Faegre & Benson
90 S Seventh St Ste 2200
Minneapolis MN 55402


Jacob Sellers, Esq.
Winthrop & Weinstine
225 S Sixth St
Minneapolis MN 55402


Jeffrey W. Jones, Esq.
Fabyanske Westra Hart
800 LaSalle Ave Ste 1900
Minneapolis MN 55402


Jesse R. Orman, Esq.
Fabyanske Westra Hart
800 LaSalle Ave, Ste 1900
Minneapolis MN 55402


Jiri Mikl, Asst. VP
401 E Kilbourn Ave
Milwaukee WI 53202


Kathryn J. Bergstrom, Esq.
Gray Plant Mooty
80 S Eighth St Ste 500
Minneapolis MN 55402

Kent Mattson, Esq.
100 North Mill St
PO Box 866
Fergus Falls MN 56538


LNR Partners, LLC
Attn Greg Kaliman
1601 Washington Ave Ste 1601
Miami Beach FL 33139


Michael H. Streater, Esq.
Briggs & Morgan, P.A.
80 S Eighth St Ste 220
Minneapolis MN 55402


Paul L. Ratelle, Esq.
Fabyanske Westra Hart
800 LaSalle Ave Ste 1900
Minneapolis MN 55402


Phillip W. Bohl, Esq.
Gray Plant Mooty
80 S Eighth St Ste 500
Minneapolis MN 55402