| DEBTOR: | Gerald Trooien | MONTHLY OPERATING REPORT |
|---|---|---|
| CASE NUMBER: | 10-37695 | CHAPTER 11 |

## Form 2-A
## COVER SHEET

For Period Ending _____ 1.31.2011

**Accounting Method:** ☐ Accrual Basis   ☒ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 2-14-2011   **Print Name:** Gerald Trooien

**Signature:** [signature]

**Title:** n/a

Rev. 01/01/08

| DEBTOR: | Gerald Trooien | CASE NO: | 10-37695 |
|---|---|---|---|

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1.1.2011 to 1.31.2011

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| 1. Beginning Cash Balance | $ 1,790,690.42 (1) | $ 205,951.99 (1) |
| 2. Cash Receipts | | |
|    Operations (Net Wages) | 26,456.35 | 79,590.54 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other    Prom Notes & IRS refunds | 5,005.35 | 1,712,804.38 |
|         Carriage House Rent | 800.00 | 2,400.00 |
|         Interest Income | 1,076.79 | 2,856.23 |
|    Total Cash Receipts | $ 33,338.49 | $ 1,797,651.15 |
| 3. Cash Disbursements | | |
|    Operations (Personal Expenses) | 10,088.46 | 31,530.69 |
|    Debt Service/Secured loan payment | 0 | 0 |
|    Professional fees/U.S. Trustee fees | 35,273.60 | 193,405.60 |
|    Other | 0 | 0 |
|    Total Cash Disbursements | $ 45,362.06 | $ 224,936.29 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -12,023.57 | 1,572,714.86 |
| 5 Ending Cash Balance (to Form 2-C) | $ 1,778,666.85 (2) | $ 1,778,666.85 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | Cash on hand | $ 4,070.00 |
| DIP Operating Account | US Bank - ending 5214 | 647.56 |
| DIP OPERATING Account #2 | US Bank - ending 6005 | 66,414.11 |
| PNC/National City Money Market Savings | PNC - ending 2547 | 10,526.29 |
| Private Bank - savings | Private Bank - ending 7844 | 175,961.89 |
| Private Bank - checking | Private Bank - ending 0965 | 0.00 |
| Other Interest-bearing Account | US Bank - ending 8681 | 1,521,047.00 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 1,778,666.85 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

DEBTOR: Gerald Trooien   CASE NO: 10-37695

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: _____ to _____     1.1.2011 thru 1.31.2011

**CASH RECEIPTS DETAIL**     **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 1.4.2011 | Carriage house renter | Carriage house - January 2011 rent | $ 800.00 |
| 1.6.2011 | IRS | 2009 partnership tax refunds (2) | 5,005.35 |
| 1.31.2011 | Banks - various | Interest income | 1,076.79 |
| 1.14.2011 | Lake Region Bldg Maint | Net wages | 5,143.29 |
| 1.14.2011 | JLT Group, Inc. | Net wages | 5,143.29 |
| 1.7.2011 | TLC/Team Parking, LLC | Net wages | 2,941.59 |
| 1.21.2011 | TLC/Team Parking, LLC | Net wages | 2,941.60 |
| 1.31.2011 | Lake Region Bldg Maint | Net wages | 5,143.29 |
| 1.31.2011 | JLT Group, Inc. | Net wages | 5,143.29 |

Total Cash Receipts     $ 33,338.49 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/08

**DEBTOR:** Gerald Trooien          **CASE NO:** 10-37695

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1.1.2011 to 1.31.2011

**CASH DISBURSEMENTS DETAIL**      **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---:|
| | | House expenses | | 1,947.88 |
| | | Cabin expenses | | 369.06 |
| | | Auto installment loan | | 1,285.60 |
| | | Tuition & school transportation | | 1,723.73 |
| | | Mother-in-law's car payment | | 339.98 |
| | | Ordinary household expenses | | 2,545.50 |
| | | Medical expenses | | 585.72 |
| | | Misc. cash expenses | | 400.00 |
| | | Professional Fees and US Trustee fees | | 35,273.60 |
| | | Auto Insurance | | 478.00 |
| | | Bankruptcy expense - messenger delivery service | | 12.99 |
| | | Sproqit investment expense - patent costs | | 400.00 |

**Total Cash Disbursements**     $     45,362.06 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

| DEBTOR: | Gerald Trooien | CASE NO: | 10-37695 |
|---|---|---|---|

**Form 2-C**
**COMPARATIVE BALANCE SHEET**
For Period Ended: n/a

|  | Current Month | Petition Date (1) |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 0 | $ 0 |
| Accounts Receivable (from Form 2-E) | 0 | 0 |
| Receivable from Officers, Employees, Affiliates | 0 | 0 |
| Inventory | 0 | 0 |
| Other Current Assets :(List) | 0 | 0 |
|  | 0 | 0 |
| Total Current Assets | $ 0 | $ 0 |
| Fixed Assets: | | |
| Land | $ 0 | $ 0 |
| Building | 0 | 0 |
| Equipment, Furniture and Fixtures | 0 | 0 |
| Total Fixed Assets | 0 | 0 |
| Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
| Net Fixed Assets | $ 0 | $ 0 |
| Other Assets (List): | 0 | 0 |
|  | 0 | 0 |
| **TOTAL ASSETS** | $ 0 | $ 0 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): | 0 | 0 |
|  | 0 | 0 |
| Total Post Petition Liabilities | $ 0 | $ 0 |
| Pre Petition Liabilities: | | |
| Secured Debt | 0 | 0 |
| Priority Debt | 0 | 0 |
| Unsecured Debt | 0 | 0 |
| Total Pre Petition Liabilities | $ 0 | $ 0 |
| **TOTAL LIABILITIES** | $ 0 | $ 0 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 0 | $ 0 |
| Retained Earnings - Prepetition | 0 | 0 |
| Retained Earnings - Post-petition | 0 | 0 |
| **TOTAL OWNERS' EQUITY** | $ 0 | $ 0 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 0 | $ 0 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/08

DEBTOR: Gerald Trooien  CASE NO: 10-37695

# Form 2-D
# PROFIT AND LOSS STATEMENT
For Period ___n/a___ to _____

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 0 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
|   Officer Compensation | $ 0 | $ 0 |
|   Selling, General and Administrative | 0 | 0 |
|   Rents and Leases | 0 | 0 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): _____ | 0 | 0 |
|   _____ | 0 | 0 |
| Total Operating Expenses | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 0 | $ 0 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | 0 | 0 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0 | $ 0 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 0 | $ 0 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 0 | $ 0 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/08

DEBTOR: Gerald Trooien  CASE NO: 10-37695

## Form 2-E
## SUPPORTING SCHEDULES
For Period: n/a to _____

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 0 | $ 0 | $ 0 | | $ | 0 |
| State | 0 | 0 | 0 | | | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: _____ | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 0 | $ 0 | | $ | 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | | $ | | $ |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
|  | | $ | | $ |

| | | | | |
|---|---|---|---|---|
| **DEBTOR:** Gerald Trooien | | **CASE NO:** | 10-37695 | |

# Form 2-E
## SUPPORTING SCHEDULES

'eriod: _____ to _____    January 1, 2011 thru January 31, 2011

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---:|---:|
| Under 30 days | $ 0.00 | $ 102.60 |
| 30 to 60 days | 0.00 | 13,824.30 |
| 61 to 90 days | 0.00 | 13,949.30 |
| 91 to 120 days | 0.00 | 11,568.04 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| | **Total Post Petition Accounts Payable** | $ 39,444.24 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---:|---:|---:|---|---:|
| Debtor's Counsel | $ 50,000.00 | $ 261,733.44 | $ | 12.2.2010 | $ 261,733.44 |
| Counsel for Unsecured Creditors' Committee | 0 | 20,647.00 | | 12.27.2010 | 0<br>20,647.00 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | | 11,650.00 | | 11.19.2010 | 11,650.00 |
| Other: Manchester | 50,000.00 | 44,092.00 | 35,273.60 | 12.2.2010 | 8,818.40 |
| Total | $ $100,000.00 | $ $338,122.44 | $ 35,273.60 | | $ 302,848.84 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| n/a | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

**DEBTOR:** Gerald Trooien       **CASE NO:** 10-37695

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** Jan 31, 2011

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2011 $ | 45,362.06 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | $ | 45,362.06 $ | | | |
| April | $ | 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | $ | 0 $ | | | |
| July | $ | 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | $ | 0 $ | | | |
| October | $ | 0 | | | |
| November | 2010 | 9,548.37 | | | |
| December | 2010 | 170,025.86 | | | |
| TOTAL 4th Quarter | $ | 179,574.23 $ | 1,625 | 1013 | 2.9.2011 |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999............... | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999.......... | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,999........ | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more................. | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:** Gerald Trooien         **CASE NO:** 10-37695

# Form 2-G
# NARRATIVE

r Period Ending     1.31.2011

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.